```
                                  ___ FILED      ___ ENTERED
                                  ___ LOGGED     ___ RECEIVED

                                       OCT -1 2015
                                       AT BALTIMORE
                                  CLERK, U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND
                                  BY _____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kenneth A. Greene * | |
| 3425 St. Ambrose Avenue * | |
| Baltimore, MD 21215 * | |
|     Plaintiff * | |
|     v. * | JURY TRIAL DEMANDED |
| * | |
| Bluestem Sales, Inc. * | Civil Action No. WMN 15-cv-1181 |
| d/b/a Fingerhut * | |
| 6509 Flying Cloud Drive #200 * | |
| Eden Prarie, MN 55344 * | |
|     Defendant * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRAECIPE FOR DISMISSAL

Plaintiff, Kenneth A. Greene, hereby moves for dismissal of the instant complaint, with prejudice.

*[signature]*
Kenneth A. Greene

Certificate of Service

Plaintiff certifies that a true and correct copy of the foregoing Praecipe for Dismissal was served, via first class mail, postage prepaid upon,

Nadia Malik
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Charles S. Hirsch
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202

on this 29th day of September, 2015.

*Kenneth A. Greene*
Kenneth A. Greene
17 Light Street #312
Baltimore, MD 21202