FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT -1 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kenneth A. Greene                           *
3425 St. Ambrose Avenue                     *
Baltimore, MD 21215                         *
         Plaintiff                          *
    v.                                      *       JURY TRIAL DEMANDED
                                            *
Bluestem Sales, Inc.                        *       Civil Action No. WMN 15-cv-1181
d/b/a Fingerhut                             *
6509 Flying Cloud Drive #200                *
Eden Prarie, MN 55344                       *
         Defendant                          *
************************

PRAECIPE FOR DISMISSAL

Plaintiff, Kenneth A. Greene, hereby moves for dismissal of the instant complaint, with prejudice.

*Kenneth A. Greene* (signature)
Kenneth A. Greene

"   GRANTED   "  THIS  2nd  DAY
OF  October  , 20 15
_____/s/_____
SENIOR UNITED STATES DISTRICT JUDGE
WILLIAM M. NICKERSON